# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-60029-CR-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**ADDARRYLL DORSEY,**
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, February 24, 2009,** at **8:40 a.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of February, 2009.

**copy furnished:**
AUSA Lynn D. Rosenthal
AFPD Dave Lee Brannon
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts