UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60029-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
　　Plaintiff,

v.

ADDARRYLL DORSEY,
　　Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

THIS CAUSE comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 120]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Monday, May 23, 2011,** at **10:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of May, 2011.

**copy furnished:**
AUSA Lynn D. Rosenthal
Robert W. Stickney, Esq.
United States Marshal's Service
United States Probation Office

　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　United States District Judge